UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re: DOUGLAS R. BLITZER, and      Case No. 9:07-bk-09321-ALP
VALERIE L. BLITZER,     Chapter 7
    Debtors
-----------------------------------------------/

## AGREED ORDER DISMISSING CHAPTER 7 CASE

This case comes before the Court on the United States Trustee's Motion to Dismiss Case. (Doc. No. 21). By subsequent order, hearing on the motion has been scheduled for an evidentiary hearing on September 2, 2009. (Doc. No. 97).

Prior to the scheduled hearing, the Debtors announce in this agreed order, without conceding the facts or conclusions of law asserted in the motion, that they do not oppose dismissal of the chapter 7 case without prejudice. The U.S. Trustee, announces in this agreed order, that he does not object to the dismissal of the above captioned case being without prejudice

Based upon the consent of the Debtors and the U.S. Trustee, and without reaching the merits of the motion, the Court finds the case should be dismissed without prejudice.

Accordingly, upon the foregoing;

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon the consent of the parties, the relief requested in the Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. §§ 707(b)(1) and (b)(2), or in the Alternative, §707(b)(3), filed by the U.S. Trustee, (Doc. No. 21), be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that all pending hearings be and are hereby **CANCELLED** as moot.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the bankruptcy case, *In re Douglas R. Blitzer and Valerie L. Blitzer*, 9:07-bk-09321-ALP is hereby **DISMISSED** without prejudice.

DONE and ORDERED in Chambers on ____ July 31, 2009 ____.

_____
**ALEXANDER L. PASKAY**
United States Bankruptcy Judge

*Copies furnished to:*

Office of the U.S. Trustee, Region 21
501 East Polk Street, Suite 1200
Tampa, Florida 33602

Douglas Blitzer
Valerie Blitzer
7680 NW 120th Drive
Parkland, FL 33076

Grace E. Robson, Esq.
Hough Kubs & Robson, PL
2450 Hollywood Boulevard, Suite 706
Suite J
Hollywood, FL 33020

Robert E. Tardif, Jr.

Chapter 7 Panel Trustee
P.O. Box 2140
Ft. Myers, FL 33902